# Court of Appeals
# of the State of Georgia

ATLANTA, _December 28, 2023_

*The Court of Appeals hereby passes the following order:*

## A24A0346. BOYD et al. v. FRONTIER ADJUSTERS, INC. et al.

The appellants have moved to remand this appeal to the trial court for the purpose of completing or correcting the record. They assert that the record transmitted on appeal is either incomplete or erroneous. They further assert that they have spoken with an employee of the trial court clerk's office but have not yet been able to resolve the matter. The appellees oppose this motion, arguing that to the extent the appellate record contains errors, they are not material to the issues on appeal. From the filings before us, it is not clear to us the extent of the alleged errors and their materiality to this appeal.

OCGA § 5-6-41 (f) provides a means by which the trial court may resolve contentions that the "record does not truly or fully disclose what transpired in the trial court. . . ." We hereby GRANT the appellants' motion and REMAND this case to the trial court for that court to consider the appellants' contentions regarding the completeness and correctness of the record. Upon entry of an order on that issue and, if necessary, supplementation of the record, the trial court clerk is DIRECTED to re-transmit the appeal to this court for re-docketing. The appellants need not file a new

notice of appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/28/2023_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____Stephen E. Castlen_____ , Clerk.